UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHUN GAN,<br>a/k/a "Michael,"<br><br>                    Defendant. | 24 Cr. 168 (ALC) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephanie M. Pryor, who is admitted to practice in this Court, hereby enters her appearance in this matter as counsel for Defendant Chun Gan, a/k/a "Michael."

Dated: New York, New York
       January 27, 2025

Respectfully submitted,

*/s/ Stephanie M. Pryor*
Stephanie M. Pryor
**JONES DAY**
250 Vesey Street
New York, New York 10281
212-326-3416
spryor@jonesday.com

*Attorneys for Defendant*
*Chun Gan, a/k/a "Michael"*

1

## **CERTIFICATE OF SERVICE**

    I, Stephanie M. Pryor, certify that on January 27, 2025, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Stephanie M. Pryor*
Stephanie M. Pryor
