UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FLASHDOT LIMITED,<br>  f/k/a "Phoenixfin Limited,"<br><br>PEKEN GLOBAL LIMITED, and<br><br>PHOENIXFIN PRIVATE LIMITED, together with Flashdot Limited and Peken Global Limited, d/b/a KuCoin,<br><br>CHUN GAN, a/k/a "Michael," and<br><br>KE TANG, a/k/a "Eric,"<br><br>                    Defendants. | 1:24-cr-00168-ALC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David Meister, a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and a member of the Bar of this Court, hereby enters his appearance in this action on behalf of Defendant Ke Tang, a/k/a "Eric."

Dated: New York, New York
       January 27, 2025

/s/ *David Meister*
David Meister
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone: (212) 735-2100
Facsimile: (917) 777-2100
david.meister@skadden.com

*Counsel for Defendant Ke Tang, a/k/a "Eric"*